# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND PROSPECTIVE CELL SITE INFORMATION FOR AN AT&T PHONE WITH THE NUMBER (443) 956-0088 | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND PROSPECTIVE CELL SITE INFORMATION FOR AN AT&T PHONE WITH THE NUMBER (443) 956-0088 (as further described in the attached affidavit in support of search warrant, incorporated fully herein, including Attachment A)

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence, fruits, and instrumentalities of violations of conspiracy, in violation of 18 U.S.C. § 371, mail fraud, in violation of 18 U.S.C. § 1341, wire fraud, in violation of 18 U.S.C. § 1343, aggravated identity theft, in violation of 18 U.S.C. § 1028A, money laundering, in violation of 18 U.S.C. § 1957, and first-degree fraud, in violation of 22 D.C. Code §§ 3221(a) and 3222(a) (as further described in the attached affidavit in support of search warrant, incorporated fully herein, including Attachment B).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371, 18 U.S.C. § 1341, 18 U.S.C. § 1343, 18 U.S.C. § 1028A, 18 U.S.C. § 1957, 22 D.C. Code §§ 3221(a) and 3222(a) | conspiracy, mail fraud, wire fraud, aggravated identity theft, money laundering, first-degree fraud |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael I. Jones, SA, Office of the Inspector General
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/28/2017
_____
*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

1. The cellular telephone assigned call number (443) 956-0088 with International Mobile Subscriber Identity Number 310410847265162 (the "Target Cell Phone"), whose wireless service provider is AT&T, a company headquartered at 11760 US Highway One, North Palm Beach, Florida 33408.

2. Information about the location of the Target Cell Phone that is within the possession, custody, or control of AT&T, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

## ATTACHMENT B

### Particular Things to be Seized

All information about the location of the Target Cell Phone described in Attachment A for a period of thirty days, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of AT&T, AT&T is required to disclose the Location Information to the government. In addition, AT&T must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with AT&T's services, including by initiating a signal to determine the location of the Target Cell Phone on AT&T's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate AT&T for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).