UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND PROSPECTIVE CELL SITE INFORMATION FOR AN AT&T PHONE WITH THE NUMBER (443) 956-0088 | No. 17-MJ-00699<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Affidavit in Support of Seizure Warrant and all other documents currently under seal in the above-captioned matter.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Adrienne C. Dedjinou
D.C. Bar No. 984700
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879 (Lallas)
(202) 252-6918 (Dedjinou)
Peter.Lallas@usdoj.gov
Adrienne.Dedjinou@usdoj.gov