**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR - 6 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND PROSPECTIVE CELL SITE INFORMATION FOR AN AT&T PHONE WITH THE NUMBER (443) 956-0088 | No. 17-MJ-00699  <br><br>**UNDER SEAL** |

### ORDER

The Government has filed a Motion to Unseal the Affidavit in Support of Seizure Warrant and all other documents currently under seal in the above captioned case. The Court grants the Motion and **ORDERS** that:

The Clerk of the Court shall unseal the Affidavit in Support of Seizure Warrant and all other documents currently under seal in the above-captioned matter, including the Government's Motion to Unseal.

**SO ORDERED,** this ___6th___ day of March, 2018.

_____
United States Magistrate Judge

Robin M. Meriweather
U.S. Magistrate Judge